UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
YISROEL BRUCK, individually and on behalf
of a class,
                              Plaintiff,

**ORDER**

v.

19 CV 8262 (VB)

ABSOLUTE RESOLUTIONS
INVESTMENTS, LLC, and FORSTER &
GARBUS, LLP,
                              Defendants.
------------------------------------------------------------x

As discussed at a conference held today, which counsel for all parties attended in person, it is HEREBY ORDERED:

1. Defendants are permitted to file an amended answer to the complaint, plaintiff having consented to the amendment.

2. By December 18, 2019, defendants shall file an amended answer to the complaint.

3. By January 6, 2020, defendants shall file (i) a motion to compel arbitration, (ii) a stipulation of all parties to stay this action pending arbitration, or (iii) a stipulation of all parties to dismiss this action without prejudice. If defendants move to compel arbitration, plaintiff's opposition will be due January 21, 2020. Defendants' reply, if any, will be due January 28, 2020.

Dated: December 4, 2019
       White Plains, New York

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge