## EXHIBIT E

## AFFIDAVIT

State of Nebraska

County of Douglas

Account Name: **BRUCK, YISROEL**
Account No:   ************7421

The undersigned employee ("Affiant"), being sworn, deposes and says that Affiant is an employee of First National Bank of Omaha, ("FNBO"), which is located at 1620 Dodge Street, Omaha, NE 68197. Affiant is authorized to make the statements and representations herein. FNBO's business records show that as of **9/20/2018**, there was due and payable from the Account number referenced above the amount of $ **3218.85**. FNBO's business records show that this Account was opened or acquired on **11/4/2016**. Affiant states that the original agreement and document evidencing the creation of this Account is lost or destroyed, but to the best of Affiant's knowledge, information and belief there are no uncredited payments against the said debt, and the amount due is true and accurate according to FNBO's books and records.

Affiant Signature: *Willie C. Weddle*

Affiant Name:   Willie Weddle
Affiant Title:  Senior Manager

Subscribed to and sworn to before me this __12__ day of __February, 2019__ by the Affiant described above.

*Genetta B. Anderson*
Notary Public

GENERAL NOTARY - State of Nebraska
GENETTA L. ANDERSON
My Comm. Exp. February 22, 2020