**ROBERT L. ARLEO, ESQ. P.C.**
380 Lexington Avenue, 17th Floor
New York, N.Y. 10168

Telephone: (212) 551-1115                                                                                                     Fax: (518) 751-1801
Email: robertarleo@gmail.com

February 4, 2020

Honorable Vincent L. Briccetti
United States District Judge
The Hon. Charles L. Brient Jr.
Federal Building and U.S. Courthouse
300 Quaroppas Street
White Plains, New York  10601

USDC SDNY
DOCUMENT
ELECTRONICALLY F[ILED]
DOC #:
DATE FILED: 2/6/20

                Re: Yisroel Bruck v. Absolute Resolutions Investments, LLC and
                   Forster & Garbus, LLP
                   <u>19-cv-8262 (VB)</u>

Dear District Judge Briccetti:

    As Your Honor may recall I represent the Defendants named in the above-entitled action. The Defendants have filed a motion to compel the Plaintiff to proceed to arbitration. The Plaintiff has now opposed that motion. After review of the Plaintiff's opposition, and further discussion with my clients, the Defendants wish to withdraw their motion to compel arbitration and will be filing a motion for judgment on the pleadings. I will consult with Plaintiff's attorneys in the attempt to agree upon a briefing schedule for submission to Your Honor for approval.

                                                Respectfully submitted,

                                                / s /  *Robert L. Arleo*

                                                Robert L. Arleo

RLA:gra
Cc: All attorneys of record via ECF

---

Defendants' application is GRANTED IN PART. Defendants' motion to compel arbitration (Doc. # 22) is withdrawn and the Clerk is instructed to terminate the motion.  Defendants' motion for judgment on the pleadings shall be filed by 2/27/2020, plaintiff's opposition shall be filed by 3/12/2020, and defendants' reply shall be filed by 3/19/2020.

SO ORDERED:

*Vincent Briccetti*   2/6/20

Vincent L. Briccetti, U.S.D.J.                                    Date